# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

TRAVIS ALLRED, on behalf of himself and all others similarly situated )
*Plaintiff(s)* )
v. )  Case Number: 3:20-cv-00527
PEOPLES NATIONAL BANK )
*Defendant(s)* )

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  Plaintiff.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Minnesota. The state and federal bar numbers issued to me are: 0391892.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jul 29, 2020
Date

444 Cedar Street, Suite 1800
Street Address

St. Paul, MN 55101
City, State, Zip

*Jacob Rusch*
Jacob Rusch (Jul 29, 2020 11:47 CDT)
Signature of Movant

Jacob Rusch
Printed Name