# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| TRAVIS ALLRED, etc. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:20-cv-00527-JPG |
| PEOPLES NATIONAL BANK ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendant Peoples National Bank.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Missouri, Illinois and Kansas. The state and federal bar numbers issued to me are: 32330 (MO); 3127177 (IL); and 78313 (KS).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Sep 10, 2020  
Date

/s/ David M. Harris  
Signature of Movant

1 N. Brentwood Blvd., Suite 1000  
Street Address

David M. Harris  
Printed Name

St. Louis, MO 63105  
City, State, Zip