# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| TRAVIS ALLRED, etc. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:20-cv-00527-JPG |
| PEOPLES NATIONAL BANK | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendant Peoples National Bank.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Missouri and Kansas. The state and federal bar numbers issued to me are: 63404 (Missouri) and 12383 (Kansas).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Sep 10, 2020           /s/ John C. Nettels
Date                              Signature of Movant

1000 Walnut Street, Suite 1400              John C. Nettels
Street Address                              Printed Name

Kansas City, MO 64106
City, State, Zip