IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVIS ALLRED, on behalf of himself and all others similarly situated, | Civil Action No. 3:20-cv-00527-SMY |
| Plaintiff, | |
| vs. | |
| PEOPLES NATIONAL BANK, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff Travis Allred and Defendant Peoples National Bank hereby notify the Court that the Parties to this action have reached an agreement in principal to resolve this action.

The Parties intend to file a Rule 41 dismissal upon completion of the terms of the Settlement Agreement, and in any event no later than 30 days from the date of this Notice.

| | |
|---|---|
| Dated: December 15, 2020 | Respectfully submitted, |
| */s/ Jacob Rusch* | */s/ David Harris* |
| Jacob Rusch (MN Bar No. 0391892) | David M. Harris #IL3127177 |
| Timothy J. Becker (MN Bar No. 0256663) | (Lead Counsel) (pro hac vice) |
| **JOHNSON BECKER PLLC** | Megan D. Meadows #IL6314885 |
| 444 Cedar Street, Suite 1800 | 1. N. Brentwood Blvd., Suite 1000 |
| St. Paul, MN 55101 | St. Louis, MO 63105 |
| (612) 436-1804 (phone) | Telephone: (314) 863-7733 |
| (612) 436-4801 (fax) | Facsimile: (314) 862-4656 |
| tbecker@johnsonbecker.com | dharris@spencerfane.com |
| jrusch@johnsonbecker.com | mmeadows@spencerfane.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Peoples National Bank, N.A.* |