IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVIS ALLRED, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEOPLES NATIONAL BANK, N.A.,<br><br>Defendant. | Civil Action No. 3:20-cv-00527-DWD |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Travis Allred and Defendant Peoples National Bank, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorneys' fees.

Dated: January 4, 2021

*/s/ Jacob Rusch*
Jacob Rusch (MN Bar No. 0391892)
Timothy J. Becker (MN Bar No. 0256663)
**JOHNSON BECKER PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1804 (phone)
(612) 436-4801 (fax)
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ David Harris (with consent)*
David M. Harris #IL3127177
(Lead Counsel) (pro hac vice)
Megan D. Meadows #IL6314885
1. N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Telephone: (314) 863-7733
Facsimile: (314) 862-4656
dharris@spencerfane.com
mmeadows@spencerfane.com

*Attorneys for Defendant Peoples National Bank, N.A.*