IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TRAVIS ALLRED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:20-cv-527-DWD |
| | ) | |
| PEOPLES NATIONAL BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT IN A CIVIL ACTION**

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 16, 2020 (Doc. 43), reflecting settlement between the parties, and the Notice of Voluntary Dismissal filed January 4, 2021 (Doc. 44), this action is **DISMISSED with prejudice** with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: January 5, 2021

MARGARET M. ROBERTIE, Clerk of Court
*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**